THE MAYAGUEZ DRUG COMPANY, INC., Appellant, *v.*
THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY
OF NEW YORK, Respondent.

(Submitted October 3, 1932; decided October 11, 1932.)

*Hugo Wintner* for motion.
*B. F. Norris* and *Frank R. Pitt* opposed.

Motion denied without prejudice to a renewal thereof
on the argument of the appeal. (See 260 N. Y. 356, 681.)